UNITED STATES DISTRICT COURT

OF WESTERN PENNSYLVANIA

| | |
|---|---|
| Darren James Michaels,<br>PLAINTIFF,<br><br>v.<br><br>NCO FINANCIAL SYSTEMS, INC.,<br>a U.S. corporation,<br>DEFENDANT, | CASE NO.: 1:10-CV-00207-MBC<br><br>PLAINTIFF'S MOTION FOR PACER<br>EXEMPTION ORDER<br><br>**FILED**<br>DEC - 2 2010<br>CLERK U.S. DISTRICT COURT<br>WEST. DIST. OF PENNSYLVANIA<br><br>AND NOW, THIS 5th DAY OF July, IT IS HEREBY ORDERED THAT THE WITHIN MOTION IS DENIED.<br><br>_____<br>GARY L. LANCASTER,<br>UNITED STATES DISTRICT JUDGE |
| Darren-James: Michaels,<br>P.O. Box 473, Oil City PA 16301<br>(941)822-4663 – cell<br>(888)676-6529 – Fax<br>In Propria Persona | |

Motion for order exempting the payment of PACER User Fees – FRCP Rule 7.1(C), 8(a)

MICHAELS v. NCO FINANCIAL SYSTEMS, Page 1 of 2